**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** § § § § | |
| **Plaintiff,** § | |
| § | **Civil Action No.  1:08-cv-2392** |
| **vs.** § | **Judge Robert W. Gettleman** |
| § | **ECF** |
| **EDWARD O. BOSHELL and** § | |
| **DONALD J. POCHOPIEN,** § § | |
| **Defendants.** § § § | |

**NOTICE OF PRESENTMENT**

To:     All Persons on the Attached Certificate of Service

    **PLEASE TAKE NOTICE**, that on, May 6, 2008, at the hour of  9:15 a.m., or as soon thereafter as counsel may be heard, Plaintiff, the United States Securities and Exchange Commission, by its counsel, shall appear before the Honorable Judge Gettleman, in courtroom 1703 in the United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604, or before any other Judge who may be sitting in his place and stead, and shall then and there present the parties' *Agreed Motion to Enter Agreed Final Judgment.*

    A copy of the motion is attached hereto and hereby served upon you.


DATED:     April 29, 2008        Respectfully submitted,


                            /s/Jennifer D. Brandt
                            JENNIFER D. BRANDT
                            Texas Bar No.  00796242
                            Securities and Exchange Commission
                            Fort Worth District Office
                            801 Cherry Street, 19th Floor
                            Fort Worth, TX  76102-6882

(817) 978-6442 (jb)
(817) 978-4927 (*fax*)


Local Counsel:

Steven J. Levine
Securities and Exchange Commission
175 West Jackson Street, Suite 900
Chicago, IL 60604-2601
(312) 353-7390