Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2392 | DATE | 5/6/2008 |
| CASE TITLE | S E C  vs  DONALD J. POCHOPIEN | | |

**DOCKET ENTRY TEXT:**

Enter agreed final judgment as to defendant Donald J. Pochopien. Defendant is permanently enjoined. Defendant shall pay $287,854.81. The Court shall retain jurisdiction.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|