

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2392 | **DATE** | 5/6/2008 |
| **CASE TITLE** | S E C  vs  Edward O. Boshell | | |

**DOCKET ENTRY TEXT:**

Agreed Final judgment as to defendant Edward O. Boshell entered. Defendant is permanently enjoined. Defendant shall pay $182,881.73 to the S E C. The Court shall retain jurisdiction.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|